

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. WR-89,036-01

**IN RE DONALD FRANCIS BERNARD, Relator**

ON APPLICATION FOR A WRIT OF MANDAMUS
CAUSE NO. 1209210-A IN THE 230TH DISTRICT COURT
FROM HARRIS COUNTY

*Per curiam.*

**O R D E R**

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. Relator filed an application for a writ of habeas corpus in the 230th District Court of Harris County on February 26, 2013. More than 180 days has passed since the date the State received the application on June 5, 2013, and the application has not been timely forwarded to this Court as mandated by Texas Rule of Appellate Procedure 73.4(b)(5).

Respondent, the District Clerk of Harris County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting proof of the date of receipt by the State showing 180 days has not yet elapsed, or stating that Relator has not filed an

application for a writ of habeas corpus in Harris County.  This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response.  Such response shall be submitted within 30 days of the date of this order.

Filed: October 24, 2018
Do not publish